No. 241. POPE ET AL. *v.* BLANTON, COUNTY JUDGE, ET AL. Argued January 11, 12, 1937. Decided January 18, 1937. *Per Curiam:* The decree of the District Court is modified and the cause is remanded with directions to dismiss the bill for want of jurisdiction by reason of the absence of the requisite jurisdictional amount. *McNutt* v. *General Motors Corp.,* 298 U. S. 178; *KVOS, Inc.* v. *Associated Press,* 299 U. S. 269. *Mr. John B. Sutton* for appellants. *Messrs. W. P. Allen* and *H. E. Carter,* Assistant Attorneys General of Florida, with whom *Mr. Cary D. Landis,* Attorney General, and *Mr. W. T. Hendry* were on the brief, for appellees.